I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/22/10

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 22 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALAN RHONE, | Case No. CV 10-6554-AG (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DOMINGO URIBE, Warden, | |
| Respondent. | |

In accordance with the Order Denying Motion for Stay and Abeyance of Federal Proceedings, and Summarily Dismissing Matter Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: Sept 20, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 22 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY